In the Matter of the Application of ALFRED H. NEWBURGER and Others, Appellants, against HENRIETTA COUTINHO, Respondent, for an Order Requiring Arbi-

tration, etc.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.